UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL C. VANDENBERGEN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BEATRIZ J. DOYLE; ET AL.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:24-cv-00875-ART-DJA<br><br>ORDER<br><br>(ECF No. 5) |

Plaintiff Michael Vandenbergen filed a *pro se* suit against invisible Defendants who seek to harm him. Magistrate Judge Albregts denied Plaintiff's application to proceed *in forma pauperis* (IFP) and provided him ninety days to re-submit his application or a filing fee. (ECF No. 5.) Plaintiff did not do so. Magistrate Judge Albregts then issued a Report and Recommendation (R&R) recommending dismissal without prejudice. Plaintiff did not object or file anything further with the Court.

The Court adopts the R&R in full and dismisses the action without prejudice. The Court is not required to "review . . . any issue that is not the subject of an objection" to an R&R. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see, e.g., United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003). Plaintiff has not objected to the R&R.

The Court adopts the R&R (ECF No. 4) in full, dismisses Plaintiff's complaint (ECF No.1) without prejudice, and instructs the Clerk to close the case.

DATED THIS 29th day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1